UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| **LARRY J. LIEBERENZ, JR.,** | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | No. 3:05cv0771 AS |
| | ) | |
| **SUPERINTENDENT, INDIANA** | ) | |
| **STATE PRISON,** | ) | |
| | ) | |
| Respondent | ) | |

*MEMORANDUM, OPINION AND ORDER*

This court takes full judicial notice of the record in this case and focuses on the report and recommendation of United States Magistrate Judge Christopher A. Nuechterlein filed February 12, 2007. Also noted is a letter from Larry Lieberenz, Jr. filed February 23, 2007. The magistrate judge has ably waded through this record. This court takes note of the warning in footnote one on page three of the magistrate judge's Report and Recommendation filed on February 12, 2007. The Attorney General of Indiana and the attorneys in that office should take very seriously the admonition of the United States magistrate judge.

There are potentially serious issues to be considered in this case. It may be that some or all of these issues have not been properly presented in the first instance to the courts in Indiana. Thus, this court <u>must</u> have the state court record and cannot properly proceed to a decision without it. So the order directed to the Attorney General of Indiana for the filing

of the full and complete state court record is now again renewed, and the court expects the earliest possible compliance with that order.  **IT IS SO ORDERED**.

**DATED:**  March 9, 2007

                                                      **S/ ALLEN SHARP**
                                                      **ALLEN SHARP, JUDGE**
                                                      **UNITED STATES DISTRICT COURT**

cc: The Honorable Christopher A. Nuechterlein